UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 1:03-cr-148- SEB-KPF |
| vs. | ) | |
| JAMES A. SPAULDING, | ) | |
| Defendant. | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
(Docket No. 9)

The Court, having reviewed the Magistrate Judge's Report and Recommendation filed at Docket No. 9 and recognizing Defendant's stipulation that he did, in fact, commit the violations numbered 1, 2, and 3 as set forth in the Petition for Warrant or Summons for an Offender Under Supervision, now adopts the Magistrate Judge's Report and Recommendation in its entirety.

Accordingly, it is hereby ORDERED that Mr. Spaulding's term of supervised release is REVOKED and that Mr. Spaulding is sentenced to the custody of the Attorney General or his designee for a period of five (5) months. Upon his release from confinement, Mr. Spaulding will not be subject to a term of supervised release.

IT IS SO ORDERED.

Date: 05/01/2012

_[signature]_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

**Steven D. DeBrota**
    UNITED STATES ATTORNEY'S OFFICE
    steve.debrota@usdoj.gov,carrie.griffin@usdoj.gov,USAINS.ECF-Criminal@usdoj.gov

**Juval O. Scott**
    INDIANA FEDERAL COMMUNITY DEFENDERS
    juval.scott@fd.org,judy.poling@fd.org,sara.varner@fd.org